# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2006

129717

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES ARANT,
      Plaintiff-Appellee,

v

                                       SC: 129717
                                       COA: 260861
                                       WCAC: 03-000439

PEREGRINE METALFORMING, INC., and
TRAVELERS INSURANCE COMPANY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the September 7, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The Court of Appeals shall include among the issues addressed whether the Workers' Compensation Appellate Commission violated its statutory standard of review when it substituted plaintiff's proposed commencement date for the specific loss of his right hand, without any citation to the record, for the record-supported date chosen by the magistrate. The Court of Appeals shall also address the applicability of the one-year back rule, MCL 418.833(1), in light of plaintiff's prior receipt of specific loss benefits for the same date of injury.

      We do not retain jurisdiction.

      KELLY, J., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2006                                                      Clerk

t0321